GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 258-8200
Attorney for Defendant
National Default Servicing Corporation
TB #14-76627

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARGO NEVADA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL DEFAULT SERVICING CORPORATION, a Arizona corporation; GREEN TREE SERVICING LLC, a Delaware corporation; and DOES 1-5, inclusive, <br><br> Defendants. | Case No.: 2:14-cv-02035-APG-VCF |

## STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT NATIONAL DEFAULT SERVICING CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Argo Nevada, LLC and Defendant National Default Servicing Corporation (hereinafter "NDSC"), by and through their respective counsel, that this action be dismissed with prejudice insofar as it pertains to NDSC, with each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED AND AGREED that the Motion to Dismiss (Doc. #8) filed by NDSC on December 19, 2014 shall be withdrawn.

///

///

///

IT IS FURTHER STIPULATED AND AGREED that the bond posted by the Plaintiff in the amount of $1,000.00 shall be released to the Plaintiff, payable to the "Law Offices of Mont E. Tanner".

DATED this ~~23rd~~ 2nd day of ~~December, 2014~~ January, 2015.

| | |
|---|---|
| **TIFFANY & BOSCO, P.A.** | **LAW OFFICES OF MONT E. TANNER** |
| /s/ Kevin S. Soderstrom | |
| _____ | _____ |
| GREGORY L. WILDE, ESQ. | MONT E. TANNER, ESQ. |
| Nevada Bar No. 4417 | Nevada Bar No. 4433 |
| KEVIN S. SODERSTROM, ESQ. | 2950 East Flamingo Road, Suite G |
| Nevada Bar No. 10235 | Las Vegas, NV 89121 |
| 212 S. Jones Boulevard | Attorney for Plaintiff |
| Las Vegas, NV 89107 | Argo Nevada, LLC |
| Attorney for Defendant | |
| National Default Servicing Corporation | |

**WOLFE & WYMAN LLP**

/s/ Jarad D. Beckman
_____
JARAD D. BECKMAN, ESQ.
Nevada Bar No. 12328
980 Kelly Johnson Drive
Las Vegas, NV 89119
Attorney for Defendant
Green Tree Servicing, LLC

## ORDER

IT IS SO ORDERED.

Dated:  January 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

IT IS FURTHER STIPULATED AND AGREED that the bond posted by the Plaintiff in the amount of $1,000.00 shall be released to the Plaintiff, payable to the "Law Offices of Mont E. Tanner".

DATED this 23rd day of December, 2014.

| TIFFANY & BOSCO, P.A. | LAW OFFICES OF MONT E. TANNER |
|---|---|
| | /s/ Mont Tanner |
| GREGORY L. WILDE, ESQ.<br>Nevada Bar No. 4417<br>KEVIN S. SODERSTROM, ESQ.<br>Nevada Bar No. 10235<br>212 S. Jones Boulevard<br>Las Vegas, NV 89107<br>Attorney for Defendant<br>National Default Servicing Corporation | MONT E. TANNER, ESQ.<br>Nevada Bar No. 4433<br>2950 East Flamingo Road, Suite G<br>Las Vegas, NV 89121<br>Attorney for Plaintiff<br>Argo Nevada, LLC |

WOLFE & WYMAN LLP

JARAD D. BECKMAN, ESQ.
Nevada Bar No. 12328
980 Kelly Johnson Drive
Las Vegas, NV 89119
Attorney for Defendant
Green Tree Servicing, LLC

## ORDER

IT IS SO ORDERED.

Dated: January 5, 2015.

_____
UNITED STATES DISTRICT JUDGE