**Jarad D. Beckman, Esq.**
Nevada Bar No. 12328
**WOLFE & WYMAN LLP**
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
jdbeckman@wolfewyman.com

**Attorneys for Defendant**
GREEN TREE SERVICING LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARGO NEVADA, LLC, | CASE NO. 2:14-cv-02035-APG-VCF |
| Plaintiff, | |
| v. | |
| GREEN TREE SERVICING, LLC, a Delaware corporation; and, DOES 1-5, inclusive, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| Defendants. | |

## **STIPULATION**

Pursuant to this Court's March 17, 2015 Order Granting Limited Stay of Discovery (Dkt. 19), the undersigned Parties hereby files this stipulation to further stay discovery and the filing of a new Discovery Plan and Scheduling Order.

Further stay of discovery is warranted because the case is still pending and the Defendant has not filed an answer at the time of this Stipulation.

///
///
///
///
///
///

1

2053828.1

The Parties respectfully request a Renewed Order Granting Limited Stay of Discovery in the form provided hereunder.

DATED:  July 20, 2015                    WOLFE & WYMAN LLP


                                         By: /s/ *Jarad D. Beckman*
                                             JARAD D. BECKMAN, ESQ.
                                             Nevada Bar No.: 12328
                                             980 Kelly Johnson Drive, Suite 140
                                             Las Vegas, Nevada 89119

                                             Attorneys for Defendant,
                                             GREEN TREE SERVICING, LLC


DATED:  July 20, 2015                    LAW OFFICES OF MONT E. TANNER


                                         By: /s/ *Mont E. Tanner*
                                             MONT E. TANNER, ESQ.
                                             Nevada Bar No.: 4433
                                             2950 E. Flamingo Road, Suite G
                                             Las Vegas, Nevada 89121

                                             Attorneys for Plaintiff,
                                             ARGO NEVADA, LLC

2053828.1

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, unless this matter is disposed of, all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or on November 13, 2015;

IT IS FURTHER ORDERED that, unless this matter is disposed of, the parties shall file a Stipulated Discovery Plan and Scheduling Order no later than twenty (20) days after Defendant files an answer or on November 13, 2015;

The parties may file a stipulation to further stay discovery and the filing of a new Discovery Plan and Scheduling Order upon expiration of this Order, if the case is still pending and the Defendant has not filed an answer.

IT IS SO ORDERED on this 20th day of July, 2015.

DATED: July 20, 2015

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

WOLFE & WYMAN LLP

By: */s/ Jarad D. Beckman*
   JARAD D. BECKMAN, ESQ.
   Nevada Bar No.: 12328
   980 Kelly Johnson Drive, Suite 140
   Las Vegas, Nevada 89119
   Attorneys for Defendant,
   GREEN TREE SERVICING LLC

2053828.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of July 2015, and pursuant to Fed. R. Civ. Pro. 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO STAY DISCOVERY**, postage prepaid and addressed to all parties and counsel as identified on the court generated notice of electronic filing.

By: /s/ *Allyson K. Lodwick*
Allyson K. Lodwick
An employee of Wolfe & Wyman LLP

2053828.1