# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Argo Nevada LLC,

Plaintiff,

V.

Green Tree Servicing, LLC,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-02035-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Green Tree is awarded $7,000.00 in attorneys' fees against plaintiff Argo Nevada, LLC.

September 30, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk