**Jarad D. Beckman, Esq. (SBN 12328)**
*jdbeckman@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Suite 140**
**Las Vegas, NV  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**

Attorneys for Defendant,
GREEN TREE SERVICING, LLC, now known as
DITECH FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARGO NEVADA, LLC,<br><br>    Plaintiff,<br>  v.<br><br>GREEN TREE SERVICING, LLC, a Delaware corporation; and DOES 1-5, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-02035-APG-VCF<br><br>**STIPULATION AND ORDER TO VACATE MOTION FOR JUDGMENT DEBTOR EXAMINATION** |

### STIPULATION AND ORDER VACATING JUDGMENT DEBTOR EXAMINATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Argo Nevada, LLC and Judgment Creditor Green Tree Servicing, LLC, now known as Ditech Financial, LLC ("Ditech"), by and through their respective counsel, that the debtor's examination in this matter (Doc. 36), currently set for May 10, 2016, be VACATED *WITHOUT PREJUDICE* and according to the terms of the confidential settlement agreement separately entered into as between the parties.

///
///
///
///
///
///

4
**STIPULATION AND ORDER TO VACATE DEBTOR'S EXAMINATION**

2422925.1

1  IT IS FURTHER STIPULATED AND AGREED that Argo Nevada LLC's obligations under
2  the Order Granting Request for Production of Documents (Doc. 36), due May 3, 2016, is also
3  SUSPENDED according to the terms of the confidential settlement agreement separately entered
4  into between the parties.
5  DATED this 9th day of May, 2016.

7  DATED: May 9, 2016                LAW OFFICES OF MONT E. TANNER

9                                    By: /s/ Monte E. Tanner
                                        **MONTE E. TANNER, ESQ.**
10                                      **Nevada Bar No. 4433**
                                        **2950 East Flamingo Road, Suite G**
11                                      **Las Vegas, NV  89121**
                                        **Attorney for Plaintiff,**
12                                      **ARGO NEVADA, LLC**

14  DATED: May 9, 2016                WOLFE & WYMAN LLP

16                                    By: */s/ Jarad D. Beckman*
                                        **JARAD D. BECKMAN (SBN 12328)**
17                                      *jdbeckman@wolfewyman.com*
                                        **WOLFE & WYMAN LLP**
18                                      **980 Kelly Johnson Drive, Suite 140**
                                        **Las Vegas, NV  89119**
19                                      **Telephone:  (702) 476-0100**
                                        **Facsimile:  (702) 476-0101**
20                                      **Attorneys for Defendant,**
                                        **GREEN TREE SERVICING, LLC now**
21                                      **known as DITECH FINANCIAL, LLC**

23                                    **ORDER**
24  IT IS SO ORDERED.

26  Dated:  5-9-2016

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

5
**STIPULATION AND ORDER TO VACATE DEBTOR'S EXAMINATION**
2422925.1

# CERTIFICATE OF SERVICE

On May 9, 2016, I served the **STIPULATION AND ORDER TO VACATE MOTION FOR JUDGMENT DEBTOR EXAMINATION** by the following means to the persons as listed below:

  __X__   a.  EFC System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

  Mont E. Tanner:    mtannerlaw@aol.com

  _____   b.  United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By: */s/ Kathy Hagmaier*
KATHY HAGMAIER
An employee of Wolfe & Wyman LLP